**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| SEAN ANDRE SIMON, | § | |
| *Plaintiff*, | § | |
| v. | § | NO.1:26-CV-00028-MJT-ZJH |
| PHH MORTGAGE CORPORATION, NEWREZ LLC, SUBSTITUTE TRUSTEES, | § | JUDGE MICHAEL TRUNCALE |
| *Defendants*. | § | |

ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 23, 2026, the Court referred this case to United States Magistrate Judge Zack Hawthorn pursuant to a Standing Order. Pending before the Court is Plaintiff Sean Andre Simon's ("Simon") *Emergency Motion for Temporary Restraining Order, Preliminary Injunction, And Expedited Status Conference*. Dkt. 12. On August 7, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 13], which recommended denying Simon's *Emergency Motion for Temporary Restraining Order, Preliminary Injunction, And Expedited Status Conference* because Simon had not established a substantial likelihood of success on the merits or shown that the named Defendants control the conduct he seeks to restrain.

On August 10, 2026, Simon filed *Emergency Objections to Report and Recommendation (Doc. 13) and Request for Expedited De Novo Review* [Dkt. 15] to Judge Hawthorn's *Report and Recommendation*.

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to

which the party specifically objects. 28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3). The court has reviewed *de novo* Judge Hawthorn's *Report and Recommendation* in light of Simon's objections. The Court concludes that Judge Hawthorn's findings and conclusions of law are correct, and that Simon's objections are without merit.

It is therefore ORDERED that Simon's *Objections* [Dkt. 15] are OVERRULED. It is further ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 13] is ADOPTED.

**SIGNED this 18th day of September, 2026.**

Michael J. Truncale
United States District Judge